IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HELENA CHEMICAL COMPANY                                          PLAINTIFF

vs.                      CASE NO. 2:16-CV-90-BRW

JOHNNY W. TAYLOR; and
JOHNNY W. TAYLOR FARMS                                   DEFENDANTS

## DEFAULT JUDGMENT

Pending before the Court is the plaintiff's motion for default judgment against defendants Johnny W. Taylor and Johnny W. Taylor Farms (collectively, the "**Defendants**"). This matter came on for hearing before the Court on September 30, 2016. Plaintiff, Helena Chemical Company ("**HCC**") appeared by and through its counsel of record, Lax, Vaughan, Fortson, Rowe & Threet, P.A. by Roger D. Rowe. The Defendants did not appear at the hearing. Based on the arguments presented at the hearing; the complaint, entries of default, and the motion for default judgment filed in this case; and the lack of response thereto by the Defendants, the Court hereby finds and orders as follows:

1.         The Court issued a notice of the hearing on HCC's motion for default judgment on August 15, 2016. (Doc. No. 12.) As evidenced by the proofs of service filed with the Court on September 7, 2016, the notice of hearing was duly served by personal service on the Defendant Johnny W. Taylor by the Woodruff County Sheriff's Department on August 24, 2016. (Doc. Nos. 13 & 14.)

2.         Defendants failed to answer or otherwise respond to the complaint. The Clerk filed entries of defaults against the Defendants on August 5, 2016. (Doc. Nos. 7 & 8). Defendants failed to answer or otherwise respond to or HCC's motion for default judgment or to

appear at the hearing on the default judgment on September 30, 2016. HCC is entitled to the entry of a default judgment against the Defendants.

3. As evidenced by the affidavit and statement of account and the open items listing that are attached to HCC's motion for default judgment, and the evidence presented by HCC at the default judgment hearing, the Defendants are currently indebted to HCC in the total amount of $521,938.79, through September 25, 2016.

4. HCC is entitled to a default judgment against the Defendants in the total amount of $521,938.79; its costs and reasonable attorneys' fees and expenses incurred in connection with this action in the amount provided below, plus post-judgment interest from the date of this judgment at the rate provided below on all such amounts until paid.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED:

(a) that plaintiff Helena Chemical Company should be, and hereby is, granted a default judgment against defendants Johnny W. Taylor and Johnny W. Taylor Farms, jointly and severally, in the total amount of $521,938.79; its costs in the amount of $400.00; reasonable attorneys' fees and expenses of $4,131.87 ; and post-judgment interest from the date of this judgment at the rate of 0.605 per annum on all such amounts until paid; and

(b) that all writs allowed by law for the collection of judgments shall issue hereon without further application to this Court.

**IT IS SO ORDERED.**

_/s/ Billy R. Wilson_
HONORABLE BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE

September 30, 2016
DATE

2